
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:19-cr-185-T-35SPF
    21 U.S.C. § 846

JOSE RAMON OLIVERAS ROMERO,
   a/k/a "Choco"

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

From no later than on or about January 17, 2018, and continuing through on or about April 19, 2018, in the Middle District of Florida, and elsewhere, the defendant,

JOSE RAMON OLIVERAS ROMERO,
a/k/a "Choco,"

did knowingly, willfully, and intentionally conspire with other persons to distribute a controlled substance, which violation involved a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, and is therefore punished under 21 U.S.C. § 841(b)(1)(C).

All in violation of 21 U.S.C. § 846.

## FORFEITURE

1. The allegations contained in Count One are incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 21 U.S.C. § 853.

2. Upon conviction of a violation of 21 U.S.C. § 846, the defendant shall forfeit to the United States, pursuant to 21 U.S.C. § 853(a)(1) and (2), any property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as a result of such violation, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation.

3. If any of the property described above, as a result of any acts or omissions of the defendant:

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third party;

   c. has been placed beyond the jurisdiction of the Court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property, which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

A TRUE BILL,

_____
Foreperson

MARIA CHAPA LOPEZ
United States Attorney

By: _____
Natalie Hirt Adams
Assistant United States Attorney

By: _____
Christopher F. Murray
Assistant United States Attorney
Chief, Violent Crimes and Narcotics Section

**UNITED STATES DISTRICT COURT**
Middle District of Florida
Tampa Division

2019 APR 25  PM 1:18

THE UNITED STATES OF AMERICA

vs.

JOSE RAMON OLIVERAS ROMERO,
a/k/a "CHOCO"

### INDICTMENT

Violations:   Title 21, United States Code, Section 846

A true bill,

_____
Foreperson

Filed in open court this 25th day

of April, 2019.

_____
Clerk

Bail $_____

GPO 863 525