**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA

v.     Case No. 8:19-cr-185-T-35SPF

JOSE RAMON OLIVERAS ROMERO

_____

### Consent to Institute a Presentence Investigation and Disclose the Report Before Conviction or Plea of Guilty

I hereby consent to a pre-sentence investigation by the probation officers of the United States district courts. I understand and agree that the report of the investigation will be disclosed to the judge and the attorney for the government, as well as to me and my attorney.

I have read, or had read to me, the foregoing consent and fully understand it.

Dated: November 21, 2019     _____

Dated: November 21, 2019     _____
                                Counsel for Defendant